DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
RYAN STEVENS, State Bar # 306409
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3975
Facsimile:      (415) 554-3837
E-Mail:          ryan.stevens@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MELVIN JUSTICE, JR.<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.,<br><br>　　Defendants. | Case No. 18-CV-05852-EMC<br><br>**REQUEST FOR DISMISSAL;** ~~**PROPOSED**~~ **ORDER OF DISMISSAL**<br><br>Trial Date:            May 1, 2023 |
|---|---|

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated:

                         LAW OFFICE OF GUSTAVO MAGANA

                         By: /s/ Gustavo Magana
                              Gustavo Magana

                         Attorneys for Plaintiff
                         MELVIN JUSTICE, JR.

Dated:  November 22, 2022

                         DAVID CHIU
                         City Attorney
                         MEREDITH B. OSBORN
                         Chief Trial Deputy
                         RYAN STEVENS
                         Deputy City Attorney

                         By: *[signature]*
                              RYAN STEVENS

                         Attorneys for Defendant
                         CITY AND COUNTY OF SAN FRANCISCO

                                    **ORDER**

**IT IS SO ORDERED.**

Dated:  November 22, 2022

                              *[signature]*
                         HON. EDWARD M. CHEN
                         United States District Court Judge